UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**CR419-0193**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 2243(a) |
| | ) Sexual Abuse of a Minor |
| PAUL FRANCIS DUNN III | ) |
| | ) 18 U.S.C. § 2244(a)(5) |
| | ) Abusive Sexual Contact |
| | ) |
| | ) 18 U.S.C. § 3261 |
| | ) Criminal Offense Committed by |
| | ) Person Employed by the Armed |
| | ) Forces Outside the United States |

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT ONE</u>
*Abusive Sexual Contact Committed by a Person
Employed by the Armed Forces Outside the United States*
18 U.S.C. §§ 2244(a)(5), 3261

Between on or about July 27, 2006, and on or about July 31, 2010, the defendant,

PAUL FRANCIS DUNN III,

a citizen of the United States whose last known residence is within the Southern District of Georgia, while a member of the Armed Forces subject to chapter 47 of title 10 (Uniform Code of Military Justice) and employed by the Armed Forces outside of the United States, as that term is defined in 18 U.S.C. § 3267, engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial

jurisdiction of the United States, that is: the defendant, **PAUL FRANCIS DUNN III,** did knowingly engage in and attempt to engage in sexual contact, as defined in 18 U.S.C.§ 2246 (3), with a child, Victim 1, who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 3261 and 2244(a)(5).

## COUNT TWO
*Sexual Abuse of a Minor Committed by a Person Employed by the Armed Forces Outside the United States*
18 U.S.C. §§ 2243(a), 3261

Between on or about September 1, 2010 and on or about July 31, 2014, the defendant,

**PAUL FRANCIS DUNN III**,

a citizen of the United States whose last known residence is within the Southern District of Georgia, while a member of the Armed Forces subject to chapter 47 of title 10 (Uniform Code of Military Justice) and employed by the Armed Forces outside of the United States, as that term is defined in 18 U.S.C. § 3267, engaged in conduct outside of the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, that is: the defendant, **PAUL FRANCIS DUNN III,** did knowingly engage in and attempt to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a child, Victim 1, who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than **PAUL FRANCIS DUNN III.**

All in violation of Title 18, United States Code, Sections 3261 and 2243(a).

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

Marcela C. Mateo
Assistant United States Attorney
*Co-lead Counsel

Kaylynn N. Foulon
Trial Attorney
*Co-lead Counsel