# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 4:19-cr-193** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PAUL FRANCIS DUNN, III** | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein,

the Government's motion for leave of absence is **GRANTED** for the following dates:

      a)     December 30, 2019-January 3, 2020
      b)     January 22-24, 2020

    **IT IS FURTHER ORDERED** that should a hearing be set during those dates,

a substitute Assistant United States Attorney may handle the matter.

    **SO ORDERED**, this 6th day of December, 2019.


_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA