**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 4:19-CR-193** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PAUL FRANCIS DUNN, III** | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein,

the Government's motion for leave of absence is **GRANTED** for the following dates:

a) March 26-27, 2020;
b) April 20-24, 2020; and
c) May 1 and May 4, 2020.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates,

a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 10th day of March, 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA