UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | |
| ) | INFORMATION NO. 4:19-CR-193 |
| PAUL FRANCIS DUNN III, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

### ORDER

Chester J. Gregg, counsel of record for the Defendant in the above-styled case, has moved the Court to adopt the motions filed in the companion case related to the Defendant, docketed as CR418-256. The Government consents to said adoption of motions and the Court finds that the ends of justice are served by granting Defendant's request. The motion to adopt those motions is **GRANTED**. Doc. 28. The Clerk is **DIRECTED** to docket copies of the motions (docs. 85 & 86) from CR418-256 in this case.

**SO ORDERED** this 6TH day of April, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA