UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) |
| | ) |
| PAUL FRANCIS DUNN III, | ) INFORMATION NO. 4:19-CR-193 |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

### ORDER

Chester J. Gregg, counsel of record for the defendant in the above-styled case, has moved for leave of absence for the period of December 10 - 13, 2021 and December 23, 2021 - January 3, 2022.  Doc. 82.  Said motion is **GRANTED**.

**SO ORDERED** this 29th day of November, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA